# COURT MINUTES
## Magistrate Judge Patrick A. White

| Atkins Building Courthouse - 3rd Floor | Date: 6/8/17  Time: 10:00 a.m. |
|---|---|

Defendant: Merice Perez Colon       J#: 16091-104   Case #: 17-20375-CR-WILLIAMS
AUSA: Andy Camacho       Attorney: Joseph Chambrot – Perm
Violation: Attempted Coercion and Enticement of Minor, Attempted Production of Child Pornography
Proceeding: Report RE: Counsel, Arraignment       CJA Appt:
Bond/PTD Held: ☐ Yes ☒ No       Recommended Bond:
Bond Set at: Pretrial Detention       Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
- Deft arraigned
- SDO issued

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:14:53       Time in Court: 1 minute