UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20375-CR-KMW

UNITED STATES OF AMERICA

vs.

MERICE PEREZ-COLON,

     Defendant.

_____/

## NOTICE REGARDING RESTITUTION HEARING

     The United States, by and through the undersigned Assistant U.S. Attorney, hereby files this notice informing the Court of matters related to the restitution hearing which was deferred in this case [DE 23].   The lead case agent has made multiple attempts to ascertain whether the victim wanted to pursue a restitution claim, but those efforts have been unsuccessful.   The United States hereby notifies the Court of its inability to ascertain what losses, if any, were suffered in this case.


         Respectfully submitted,

         BENJAMIN G. GREENBERG
         UNITED STATES ATTORNEY


BY:   /s/Jonathan Kobrinski
       JONATHAN KOBRINSKI
       ASSISTANT UNITED STATES ATTORNEY
       Court No. A5501893
       99 N. E. 4th Street
       Miami, Florida   33132-2111
       TEL (305) 961-9074
       FAX (305) 530-7976

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed

electronically and made available to all counsel of record.


<u>/s/Jonathan E. Kobrinski</u>
Assistant United States Attorney