UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20375-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MERICE PEREZ COLON,

    Defendant.

_____/

**MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE**

Merice Perez Colon, through undersigned counsel, files this Motion to Modify Conditions of Supervised Release, requesting that the Court permit her to have supervised contact with her two nephews in the presence of at least one parent. In support of this Motion, she states as follows:

1. Ms. Perez Colon is serving a 50-year term of supervised release following a 120-month sentence at the Bureau of Prisons. Ms. Perez Colon was released from the Bureau of Prisons and began her term of supervised release on November 30, 2025.

2. Ms. Perez Colon's conditions of supervised release specify that she may not have contact with minors.

3. On September 22, 2025, this Court granted a modification of supervised release with consent of Ms. Perez Colon to permit her to have supervised contact with her biological minor child. DE 47.

4. Ms. Perez Colon now requests that the Court modify her terms of supervision to allow her to have supervised contact with her two nephews, K.G. (age 9) & K.G. (age 12), in the presence of their mother or father, Elizabeth Hernandez and Andy Gonzalez. Ms. Perez Colon shares a close relationship with her sister Elizabeth and is working diligently to rebuild her relationship with her family and reintegrate into the community. Supervised contact with Elizabeth's children will aid Ms. Perez Colon's transition and allow her to rebuild her family ties.

5. The undersigned spoke with Elizabeth Hernandez, who confirmed that she desires Ms. Perez Colon to be a part of her sons' lives. Ms. Hernandez has authored a letter to the Court expressing her wishes, attached here as Exhibit A. Ms. Hernandez also confirmed that she or her husband Andy will be able to supervise any contact that Ms. Perez Colon has with K.G. or K.G.

6. The undersigned contacted United States Probation Officer Maria Villacis about this proposed modification. Officer Villacis spoke to both Elizabeth Hernandez and Andy Gonzalez to confirm their desire for Ms. Perez Colon to have supervised contact with their children. Officer Villacis also executed third-party risk forms with the couple that are on file with United States Probation.

7. Accordingly, Ms. Perez Colon requests that the Court modify her conditions of supervision to permit supervised contact with her minor nephews, K.G.(age 12) and K.G. (age 9) in the presence of either Elizabeth Hernandez or Andy

2

Gonzalez.

8. The undersigned contacted AUSA Lindsey Maultasch on December 17, 2025, and December 18, 2025, but could not determine the Government's position at the time of this filing. USPO Villacis advised that probation's recommendation is for Ms. Perez Colon to have supervised contact with her nephews.

        Respectfully Submitted,

        HECTOR A. DOPICO
        FEDERAL PUBLIC DEFENDER

By:   */s/ MaeAnn Dunker*_____
       MaeAnn Dunker
       Assistant Federal Public Defender
       Special A#: A5502960
       150 W. Flagler Street, Suite 1700
       Miami, Florida 33130-1556
       Tel: (305) 530-7000
       Email: MaeAnn_Dunker@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on **December 19, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 */s/ MaeAnn Dunker*
MaeAnn Dunker