Elizabeth Hernandez



8/26/2025

Hon.Judge Kathleen M.William

United States District Judge

400 N. Miami Avenue

Room 11-3

Miami,Fl 33128

Re: Merice Perez Colon

Dear Judge William :

I am Elizabeth, Merice's sister. I have been working at Gables Pediatrics as an Insurance Biller for 12 years. Merice has been my support, sister, friend since I was very young. She took care of me emotionally and physically when we arrived in the USA in 2000. I know the kind, lovable and good hearted person that she is

My husband and I do not have any objections and we are requesting for her meeting with our children, Kh▮▮▮ G▮▮▮ age 12 and Kh▮▮▮ G▮▮▮ age 9 years. Our children and us are looking forward to spend time with her.

They always ask me to tell them stories of when we were children back in Cuba. For our family it is very important to be in contact with everyone in our family . My husband and I will accommodate for her to be able to visit with all of us.

My sister and I have been in touch either by phone or visits throughout all these long years. We are a very closed knitted family and everyone of us are very excited and looking forward to having her with us once again.

Merice deserves a second chance to be with the family and all of us are here to support her in all the aspects of her return.

Sincerely,
Elizabeth Hernandez.