UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20375-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MERICE PEREZ COLON,

    Defendant.
_____/

## [PROPOSED] ORDER

This Matter is before the Court on Merice Perez Colon's Motion to Modify Conditions of Supervision. Having reviewed the Motion, and the entire record herein, it is hereby **ORDERED** that Ms. Perez Colon's supervision is modified as follows:

Ms. Perez Colon shall be permitted to have supervised contact with her nephews K.G. and K.G. in the presence of one of their parents, Elizabeth Hernandez or Andy Gonzalez. All other conditions of supervised release shall remain in full force and effect.

    **SO ORDERED**.

_____                         _____
Date                                                        Hon. Kathleen M. Williams
                                                           United States District Judge